**Record of Conference and Orders: Vera M. Scanlon, USMJ**

Case: Gavrity v City of NY  Civ. A. 12-6004  Date: 3/4/2015

**ECF Recording in 504N:**  ☐ Telephone Conference  ☒ In-person Conference

OTR

**Counsel:** *(See separately docket entry or document for specific appearances)*
☐ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☐ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

**Conference Type:**
☐ Initial Conference ☐ Status Conference ☒ Settlement Conference ☐ Motion Hearing ☐ Discovery Conference ☐
☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record

☐ Rule 26(a) disclosures, incl. supplements
☐ Document requests to be served
☐ Interrogatories to be served
☐ Amended pleadings, incl. joinder       ☐ To be served   ☐ To be filed
    ☐ Complaint ☐ Answer                 ☐ On consent ☐ By motion ☐ By PMC letter
☒ Joint status letter to be filed         3/18/15
☒ Status conference                       Date:              Time:
    ☐ In person ☒ Telephone (718) 613-2300   To be organized by:
☐ Specific depositions to be held
☐ Fact discovery closes
☐ Expert disclosures to be served
☐ Initial expert report(s) to be served
☐ Rebuttal expert report(s) to be served
☐ Expert discovery closes
☐ All discovery closes
☐ Joint letter confirming discovery is concluded
☐ Summary judgment to be initiated        ☐ PMC letter ☐ Briefing
☐ Joint pre-trial order to be filed       ☐ Letter for conference ☐ Proposed JPTO
☐ Proposed confidentiality order to be filed
☐ Consent to Magistrate Judge to be filed
☐ Settlement Conference                   Date:              Time:

**Additional Orders:**
Counsel will continue settlement discussions as to attorney's fees.