UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VINCENZO GAVRITY,<br><br>*Plaintiff,*<br><br>- against -<br><br><br>THE CITY OF NEW YORK, et al.<br><br>*Defendants.* | 12 Civ. 6004 (KAM) (VMS)<br><br><br><br>**Affidavit of Service** |

STATE OF NEW YORK    )
                                          ) ss.:
COUNTY OF NEW YORK )

Peter Willumsen, being duly sworn, deposes and states:

I am over 18 years of age, I am not a party to the within action, and I reside in Brooklyn, New York. On April 9, 2015, I served a true and complete copy of the **NOTICE OF MOTION TO ENFORCE THE TERMS OF THE PARTIES' RULE 68 SETTLEMENT, DECLARATION OF VITALI ROSENFELD WITH EXHIBITS AND PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO ENFORCE THE TERMS OF THE PARTIES' RULE 68 SETTLEMENT**
upon:
Melissa Wachs, Esq.
Senior Counsel
Special Federal Litigation Division
100 Church Street
New York, New York 10007


by delivering the above-mentioned documents in a sealed envelope, first-class postage prepaid, to the United States Postal Service for delivery by first-class mail to the above-stated addressees at the above-stated address

_____
PETER WILLUMSEN

Sworn to before me this
14th day of April 2015

_____
Notary Public

GRETA   JERNSTEDT
Notary Public, State of New York
No. 31-4979612
Qualified in New York County
Commission Expires April 1, 2017