| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF NEW YORK | |
| VINCENZO GAVRITY,<br><br>*Plaintiff,*<br><br>- against -<br><br>THE CITY OF NEW YORK, et al.<br><br>*Defendants.* | 12 Civ. 6004 (KAM) (VMS)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE THAT, upon the Declaration of Vitali S. Rosenfeld and exhibits annexed thereto, and the accompanying Memorandum of Law, as well as upon all the proceedings had herein, Plaintiff Vincenzo Gavrity will move this Court, before the Honorable Vera M. Scanlon, United States Magistrate Judge, at the Courthouse located at 225 Cadman Plaza East, Brooklyn, New York 11201, on May 15, 2015 (pursuant to the Court's March 25, 2015 Scheduling Order), or as such other date and time as the parties may agree or the Court may direct, for an order pursuant to Fed. R. Civ. P. 68 and 42 U.S.C. § 1988: (a) directing Defendants to pay Plaintiff $30,001 forthwith as per the terms of the parties' Rule 68 settlement; (b) granting Plaintiff his costs, expenses and attorney's fees in this matter as set forth in detail in the motion papers, including the costs and fees associated with this motion, and (c) granting Plaintiff such other and further relief as the Court deems just and equitable.

Dated: New York, New York
      April 9, 2015

SCHLAM STONE & DOLAN LLP

By: _____
Elizabeth Wolstein
Vitali S. Rosenfeld
26 Broadway
New York, NY 10004

Tel: (212) 344-5400
Fax: (212)- 344-7677
Email: vrosenfeld@schlamstone.com
*Attorneys for Plaintiff*

To:

Melissa Wachs, Esq.
Senior Counsel
Special Federal Litigation Division
100 Church Street
New York, New York 10007
*Attorneys for Defendants*